# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANINE A. IDEKER, | CASE NO. EDCV 12-2248 AGR |
| Plaintiff, | |
| vs. | JUDGMENT |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: August 7, 2013

_____
ALICIA G. ROSENBERG
United States Magistrate Judge